IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ZACHARIAH KINSAUL and
ALETA KINSAUL, in their
capacity as co-Personal
Representatives of the Estate of
JAMES MICHAEL KINSAUL,

      Plaintiffs,

v.                                    CASE NO.: 4:08cv159-SPM/WCS

MORRIS YOUNG, in his official
capacity as SHERIFF, GADSDEN
COUNTY, FLORIDA,
ERIC MCMILLION, individually,
and JOZELL MCWHITE, individually,

      Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Plaintiffs' Consented Motion for Extension of Time to File Response in Opposition to Summary Judgment (doc. 41) is granted. Plaintiffs shall have up to and including March 30, 2009, to file and serve their response.

SO ORDERED this 27th day of March, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge