IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ZACHARIAH KINSAUL and
ALETA KINSAUL, in their
capacity as co-Personal
Representatives of the Estate of
JAMES MICHAEL KINSAUL,

    Plaintiffs,

v.                                      CASE NO.: 4:08cv159-SPM/WCS

MORRIS YOUNG, in his official
capacity as SHERIFF, GADSDEN
COUNTY, FLORIDA,
ERIC MCMILLION, individually,
and JOZELL MCWHITE, individually,

    Defendants.
_____/

## ORDER EXTENDING TIME AND ACCEPTING RESPONSE

Upon consideration, Plaintiffs' consented motion for extension of time (docs. 45. 47) is granted. The memorandum and other materials submitted in opposition to summary judgment (docs. 43, 44, and 46) are accepted as timely filed.

SO ORDERED this 1st day of April, 2009.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge